No. 75–5044. FRALEY v. CITY OF COLUMBUS. Sup. Ct. Ohio. Certiorari denied.

No. 75–5045. DORROUGH v. HOGAN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–5047. ALLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5049. STANBRIDGE v. ZELKER, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5056. HOLMES v. GRIGGS, INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 75–5060. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5061. BONNER v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–5072. WEEKS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5086. RAITPORT v. KNAPP, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5095. CLARK v. LOCKHART, CORRECTIONS SUPERINTENDENT. C. A. 8th Cir. Certiorari denied.

No. 75–5098. SHEEHAN v. HUECKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–5105. WHITAKER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.